**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Amy Hanasoge Rao
Plaintiff,
v.
Abbott Molecular Inc., et al.
Defendant.

Case No.: 1:25−cv−06983
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 24, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiff's motion to proceed anonymously and to seal certain documents [99] is denied in part and taken under consideration in part. Rao's request to proceed using her initials is denied. She has not demonstrated the sort of "exceptional circumstances" required to proceed under a pseudonym. Doe v. Loyola Univ. Chicago, 100 F.4th 910, 913 (7th Cir. 2024). Though Rao argues that she faces harm because prospective employers can see her suit and choose not to hire her, that is true of all plaintiffs suing their former employers. Carol B. v. Waubonsee Cmty. Coll., No. 23 CV 02033, 2024 WL 3069974, at *8 (N.D. Ill. June 20, 2024) ("Plaintiff's allegations of past retaliation and discrimination in employment do not themselves suggest a risk of future harm or retaliation that would warrant proceeding anonymously. Individuals regularly sue their employers, current and former, for employment discrimination. Such suits on their own, absent allegations of any risk of harm, do not implicate exceptional circumstances warranting the use of a pseudonym."). As to Rao's request to seal certain documents, the plaintiff is directed to supplement her motion with the specific docket entries that she seeks to seal, as well as public redacted versions for every document over which a seal is requested (unless the plaintiff seeks a seal over the full document and explains why such seal is necessary on an "item by item" basis). Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.